Philip E. Smith (SBN 117710)
psmith@sehlaw.com
Michael W. Ellison (SBN 145832)
mellison@sehlaw.com
SMITH ♦ ELLISON
A Professional Corporation
18881 Von Karman Avenue, Suite 960
Irvine, California 92612
Telephone:    (949) 442-1500
Facsimile:     (949) 442-1515

Attorneys for Plaintiff

Gregory D. Phillips (USB No. 4645)
gdp@prwlawfirm.com
PHILLIPS, RYTHER & WINCHESTER
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Telephone:    801-935-4935
Facsimile:     801-935-4936

Attorneys for Plaintiff
*(Admitted pro hac vice)*

JS-6

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>RON Y. HAY, an individual, MIKE ALLEN BROWN, an individual, and MOD BARGAINS, an entity of unknown origin,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. 8:19-cv-02300-JFW (KESx)<br><br>**ORDER RE STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br>Hon. John F. Walters, Presiding Judge<br>Hon. Karen E. Scott, Magistrate Judge<br><br>Action Filed: November 26, 2019<br>Pre-Trial Conference: April 23, 2021<br>Trial Date: May 11, 2021 |

The Court having reviewed the Stipulated Final Judgment and Permanent Injunction, and GOOD CAUSE APPEARING, it is ORDERED that:

/ / /

**PERMANENT INJUNCTION**

1. Emotion and its owners, shareholders, officers, directors, employees, agents, successors, and all persons acting in concert or in participation with any of them are hereby permanently enjoined from:

    (a) imitating, copying, or making any unauthorized use of any of the Audi Marks, counterfeits thereof, or any confusingly similar variations thereof on any products, including automotive grilles and automotive badging, other goods, signage, advertisements, business premises, uniforms, services, videos, promotional literature, promotional telecasts, broadcasts, packaging, or within any Internet domain names, or on any websites;

    (b) importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any product or good, including but not limited to, importing, manufacturing, advertising or selling non-genuine parts and accessories for Audi vehicles, such as, for example, grilles or other aftermarket goods incorporating the Audi Marks;

    (c) using any simulation, reproduction, counterfeit, copy or confusingly similar variation of the Audi Marks or trade dress in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any service or product including but not limited to advertising non-genuine goods or services using the Audi Marks in a confusing manner;

    (d) using any false designation of origin or false description, including without limitation, any letters or symbols constituting the Audi Marks or trade dress, or performing any act, which can, or is likely to lead members of the trade or public to believe that Emotion and/or any service or product manufactured, distributed or sold by Emotion is in any manner associated or connected with Audi, or is sold, manufactured, licensed,

sponsored, approved or authorized by Audi by using advertising language that is likely to confuse consumers regarding the source of those aftermarket goods; and

(e) instructing, assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (d) above.

2. Emotion is further ordered to deliver to Plaintiff and its counsel for destruction all products, labels, tags, signs, prints, packages, videos, and advertisements, if any, in their possession or under their control, bearing or using any or all of the Audi Marks or any confusingly similar variation thereof, and all plates, molds, matrices and other means of making the same, pursuant to 15 U.S.C. § 1118.

## PARTIES' SETTLEMENT AGREEMENT

Plaintiff and Emotion have entered into a Settlement Agreement for the resolution of the claims asserted in this matter.

## DISMISSAL OF CLAIMS

Based upon the parties' Stipulation and Settlement, all claims asserted by Plaintiff against defendants Emotion International Inc. dba Emotion Wholesale and Dora Hwei-Chiung Cheng are hereby DISMISSED with prejudice. The Court retains and shall have continuing jurisdiction to enforce the terms of this Final Judgment and Permanent Injunction.

IT IS SO ORDERED.

Dated: March 4, 2021

_____
Honorable John F. Walter
United States District Court Judge